IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
§ 1983

MICHAEL ANTHONY LOMBARDO,
Plaintiff

v.

CASE NO: _____

JUDGE: _____

Amy Zanelli,
Andrew Yost,
Matthew Steidel
Christopher Pfancock
Bethlehem City Police Dept.
Jeffrey D Beird et. al.,

## HABEAS CORPUS

a. Plaintiff Full Name: Michael Anthony Lombardo
   Prison Identification Number: D18d008
   Place of Confinement Present: Lehigh County Jail
   Place at time of incident & or conditions alleged in complaint including address: Lehigh County Jail 38 ou 4th St. Allentown Pa 18102

b. DEFENDANTS

1. Full name including title: Magistrate Amy Zanelli
   Place of employment & Section or Unit: Magistrate Judge 31106
2. Full name including title: Andrew Yost Officer
   Place of employment & Section or Unit: PA0480300
3. Full name including title: Matthew Steidel Officer
   Place of employment & Section or Unit: PA0480300
4. Full name including title: Christopher Pfancock Officer
   Place of employment & Section or Unit: PA0480300

Jeffery D Burd
Assistent district Attorney Lehigh County

Kyle Russell Warden
  Lehigh County Jail

Jane Doe (5)
John Doe (5)
Det Sgt Hammer #349
Det P. Maczko #337
Det thomas Pasich #432
Troope Colin Wescoe #13669

TO THE HONORABLE JUDGES OF THE SAID COURT:

The petitioner Michael Anthony Lombardo, by and through Pro Se submissions respectfully represents:

1. The petitioner is being illegally confined & deprived of his liberty in the Lehigh County Jail by Kyle Russell, warden of the Lehigh County Jail, 38 N 4th St. Allentown Pa. 18102

2. Petitioner was arrested on Dec 8 2023 and charged with 18 Pa.C.S. 3503(a)(1)(ii) Criminal Tres. Break into Structure & 18 Pa.C.S. 5506 Loitering & Prowling at Night Time.

3. Petitioner was given a preliminary hearing on March 15 2024 (98 days after his arrest) before the Honorable Magistrate Michael D'Amore and was held on $60,000.00 bail.

4. Petitioner has been confined in the Lehigh County Jail since said date of Dec. 8, 2023 & is still so unlawfully confined & deprived of his liberty.

1

5. Petitioner believes & therefore avers that his confinement is unlawful in that the proceedings were in violation of due process clause of the Federal Constitution & in violation of the Pennsylvania Constitution in that:

(a) The evidence presented against him at preliminary hearing held before the Honorable Michael D'Amore did not establish a prima facie case.

(b) The petitioner avers his Fourth Amendment of the United States Constitution was violated when Authorities illegally obtained his identification and used it after a illegal seizure & warrantless search.

(c) Petitioner is not guilty of any of the offenses charged against him.

(d) The Petitioner is being detained under excessive bail in violation of Articel 1. Section 13 of the PENN-SYLVANIA Constitution.

(e) The bail as fixed deprives the relator of any opportunity to unhampered preparation of his defense in that it handicaps him in consulting with counsel & searching for evidence & witnesses.

2

(1) It punishes the relator prior to CONVICTION

(2) It destroys the presumption of INNOCENTS.

(3) It keeps the relator in Jail on mere suspicion.

The unlawful detention of the petitioner has resulted in the basic denial of his constitutional rights & due process & the bail fixed is greatly in excess of the amount necessary to assure his appearance for trial & submission to sentence if found guilty.

WHEREFORE, petitioner respectfully requests that a writ of habeas corpus issue & that this Court fix a date for a hearing to be held as promptly as may be and that relator be produced at the hearing & if prima facia be established, that reasonable bail be set, otherwise that your relator be discharged.

Date 3/28/2024

/s/ Michael Lombardo
Michael A. Lombardo
L.C.J. #0186008
38 N 4th St.
Allentown Pa. 18102

cc: Clerk
    self
    WFMZ

3

# STATEMENT OF CLAIM

1. On Nov. 17, 2023 @ approx 6:45 pm or thereinafter Bethlehem City Police Dept, by way of its officers; Matthew Steidel #459 Christopher Hancock #487 and approx (3) John Doe officers and unlimited communications personal

2. Obtained the identification & identity of Plaintiff by violating Plaintiff's constitutional right under the FOURTH AMENDMENT OF THE UNITED STATES CONSTITUTION & PENNSYLVANIA CONST. art. 1 § 8

3. Bethlehem City Police Dept by & through the actions of Ofc. Matthew Steidel #459 Christopher Hancock #487 & (3) John Doe Officers;

   a. Did grabbed, surround and forced & Search Plaintiff at 1027 Second Ave Bethlehem Pa. 18018

   b. The above-captioned did force Plaintiff to provide his name, d.o.b. & Social Security information.

   c. During a Civil Matter landlord tenant that was reported by Plaintiff.

   d. Bethlehem Police Dept & its officers did supply and or provide Plaintiff's identity to Magistrate Amy Zanelli later that evening who held judicial without him, unconstitutionally.

4

5. 2 days later, of (different) Bethlehen City Police depts ofc (Andrew Vost #490) Provided plaintiff's identity to Magistrate Amy Zanelli. that was obtained through (ofc Matthew Stelder #459.)

6. Plaintiff points out that his identity has been passed from officer to officer to officer to Magistrate Amy Zanelli.

   (a) Amy Zanelli then improperly charges plaintiff with no probable cause or required oath or affirmation, after (visualization.)

   (b) Violating plaintiff's Fourth Amendment of the United States Constitution & PA Const. art. 1 & 8

7. Magistrate Falsifies charges and finds probable cause that does not exist after charging plaintiff whose identity was obtained through

   (a) Hearsay
   (b) Unconstitutional Channels
   (c) illegal theft of identity
   (d) through civil conspiracy

5

8. Petitioner avers its UNKNOWN how many individuals obtained plaintiff's identity & identification through the seizure at the INCEPTION of the matters involving Bethlehem City Police dept. its officers personal & then magistrate Amy Zanelli's processes & how many others thereafter gained plaintiff identity SPECIFICALLY BECAUSE OF.

9. Plaintiff avers Lehigh County Assistant district attorney attempts to conceal the means in which this putrid case is based on.

   (a) Jeffercy D Burd is aware that plaintiff's identification was obtained through illegal & unconstitutional actions & still attempts to conceal & move forward on charges that can NOT survive.

10. Dec. 8 2023 Plaintiff was falsely arrested and imprisoned by Pennsylvania State Police, Special Operations/Vice Unit & Bethlehem City Police dept Det Sgt Hanner #349 Det P. Madeko #337 Thomas Rasich #432 and John Does

6

Claims

COUNT ONE: Search & Seizure 18 Pa. C.S. 2236

This claim is being filed against the Bethlehem City Police dept. the officers Matthew Steidel #456, Christopher Phancock #487 (3) John Doe. For their above listed actions as stated in the Statement of Claims section, which were in in violation of my Constitutional Rights under the FOURTH Amendment. At all times relevant these individuals were officers of the Bethlehem City Police dept., acting under the color of law. Plaintiff is seeking compensatory & punitive damages for said violations, along with release from custody.

COUNT TWO: IDENTITY THEFT 18 Pa. C.S. 4120

This claim is being filed against the Bethlehem Police dept., et. al., Magistrate Amy Zanelli, A.D.A. Jeffery D. Byrd, Kyle Russell & (5) Jane Doe & (5) John Doe. For their above listed actions as stated in the Statement of Claims section, which were in violation of my Constitutional Rights under the FOURTH Amendment. At all times relevant these individuals were acting under the color of law. Plaintiff is seeking compensatory & punitive damages for said violations, along with release from custody.

7

Count three. Conspiracy to interfere w/ civil rights.

This claim is filed against all the above-captioned parties for their above listed actions as stated in the statement of claims section which were in violation of my constitutional rights under the Fourteenth Amendment. At all relevant times these individuals were acting under the color of law. Compensatory & punitive damages for said violations along with release from custody.

Count Four

8

※ All the above listed officers/individuals are being sued in their official as well as individual capacities.

## VI. RELIEF

Relief sought: punitive damages & compensatory damages. All costs of litigation & any potential attorney fees, & any other form of relief that the court may deem appropriate. I request that my case be placed on the civil rights panel. Release from custody.

9

NAME: Michael Lombardo #18608
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN PA 18102-3489

Michael E. Kunz Clerk,
U.S. Dist. Court
Eastern Dist. of Penn
2609 U.S. Courthouse
601 Market St
Philadelphia, Pa. 19106-1797

RECEIVED APR 26 2024